HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN ALLEN MURPHY, | CASE NO. C19-6171RBL-JRC |
| Plaintiff, | ORDER |
| v. | |
| PAUL PASTOR, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 25], recommending that the Court GRANT Defendants Anderson, Conception, Bealis, Pastor, and Perez's Motion to Dismiss [Dkt. # 21]. Plaintiff Murphy has not Objected.

The Report and Recommendation is ADOPTED.

Defendants Anderson, Conception, Bealis, Pastor, and Perez's Motion to Dismiss [Dkt. # 21] is GRANTED, and Murphy's claims against them are DISMISSED with prejudice and without leave to amend.

This matter remains REFERRED to Magistrate Judge Creatura for resolution of the remaining claims.

ORDER - 1

1    IT IS SO ORDERED.

2    Dated this 5th day of June, 2020.

Ronald B. Leighton
United States District Judge

ORDER - 2