UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN A. MURPHY,<br><br>               Plaintiff,<br><br>   v.<br><br>D. RICCI,<br><br>               Defendant. | CASE NO. 3:19-cv-06171-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura, any objections to the R&R, and the remaining record, does hereby find and **ORDER** that the R&R is **ADOPTED** and defendant Ricci's motion to dismiss (Dkt. 20) is granted and this matter is dismissed with prejudice. Plaintiff's *in forma pauperis* status is revoked for the purposes of appeal, and the case is closed. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 23rd day of July, 2020.

Ronald B. Leighton
United States District Judge